Entered on Docket October 1, 2019



**Submitted But not Entered.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:** The order fails to include a preamble that states how the matter came before the Court and the basis for granting the requested relief. Further, the Bankruptcy Code section upon which the motion is based does not provide that liens may be declared null and void. 11 U.S.C. sec. 522(f)(1).

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re:**

**Terri Hoefs**

      **Debtor(s)**

**In Chapter 7 Proceeding
No. 19-11173-CMA**

**ORDER AVOIDING
JUDGMENT LIEN(S)
OF PRIMESOURCE
CREDIT UNION AND
RENTON COLLECTIONS**

   It is ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as **19476 SE 266th St., Covington, WA 98042:**

   (A)   Primesource Credit Union vs Terri Hoefs, King County Superior Court, State of Washington, Case No. 16-2-18019-1, filed July 29 2016, in the amount of approximately $8,245.00.

**Submitted But not Entered.**

    (B)    Renton Collections, Inc. vs Terri Hoefs, King County District Court, State of Washington, Case No. 16210274, filed March 31, 2016, in the amount of approximately $716.00.

/// end of order ///

Presented by:

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)