Entered on Docket October 1, 2019

**Submitted But not Entered.**



_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED: The order fails to include a preamble that states how the matter came before the Court and the basis for granting the requested relief. Further, the Bankruptcy Code section upon which the motion is based does not provide that liens may be declared null and void. 11 U.S.C. sec. 522(f)(1).**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re:** | **In Chapter 7 Proceeding No. 19-11173-CMA** |
| **Terri Hoefs** | |
|        **Debtor(s)** | **ORDER AVOIDING JUDGMENT LIEN(S) OF QUICK COLLECT, INC** |

_____

It is ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as **19476 SE 266th St., Covington, WA 98042:**

   (A)   Quick Collect, Inc vs Terri Hoefs, King County District Court, State of Washington, Case

        No. 13320279, filed January 3, 2014, in the amount of approximately $258.00.

/// end of order ///

Presented by:

                                      :

/s/Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)