Entered on Docket November 4, 2019

Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

**Re:**

Terri Hoefs,

              Debtor.

_____

**In Chapter 7 Proceeding
No. 19-11173-CMA**

**ORDER AVOIDING
JUDGMENT LIEN(S)
OF QUICK COLLECT INC.
PRIMESOURCE CREDIT UNION
AND RENTON COLLECTIONS INC.**

This matter, having come before this court on the Motion of the Debtor(s) for an Order to avoid the judicial lien(s) of **Quick Collect, Inc., Primesource Credit Union and Renton Collections Inc.** and parties in interest having received sufficient notice; the Court having reviewed the records and files herein and considering itself fully advised on the premises, now, therefore, it is HEREBY ORDERED

1. That the judicial lien of **Quick Collect, Inc**. entered in the **District Court of the State of Washington** in and for the County of **King** as Case Number **13320279** against the Debtor(s) and against the real property located at **19476 SE 266th St., Covington, WA 98042** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

**Below is the Order of the Court.**

2. That the judicial lien of **Primesource Credit Union** entered in the **King County Superior Court of the State of Washington** as Case Number **16-2-18019-1** against the Debtor(s) and against the real property located at **19476 SE 266th St., Covington, WA 98042** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

3. That the judicial lien of **Renton Collections Inc.** entered in the **District Court of the State of Washington** in and for the County of **King** as Case Number**16210274** against the Debtor(s) and against the real property located at **19476 SE 266th St., Covington, WA 98042** is hereby avoided in its entirety, and shall not affix or otherwise attach to Debtor's real property.

4. That, in the event of Debtor(s) bankruptcy case is dismissed this Order avoiding the judicial liens shall no longer apply.

/// end of order ///

Presented by:                                    :

/s/Ellen Ann Brown
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)